UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH ELMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV00217 ERW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David D. Noce, pursuant to 28 U.S.C. § 636(b). ECF No. 19.

The Court notes that no objections were filed within the time period afforded by the Report and Recommendation. The Court has conducted a full review of the record and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision to deny benefits will be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Social Security Commissioner to deny supplement security income to Plaintiff Joseph Elmore is **AFFIRMED.** Plaintiff Joseph Elmore's Complaint, ECF No. 1, is **DISMISSED, with prejudice**.

Dated this 30th day of March, 2012.

_E. Richard Webber_
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE